**Jeanne Marie Cella and Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**221 N Olive St**
**Media, PA 19063**
**Telephone: (610)505-0541**                                    **Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robenson Valbrum | : No. **25-10884** |
| | : |
| | : |
| Debtor(s) | : Chapter 7 |

## MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13

The Debtor, by and through his attorneys, Jeanne Marie Cella and Associates, LLC pursuant to 11 U.S.C. Section 706(a), hereby elects to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code, and in support thereof, respectfully avers as follows:

1. This case was filed as a Chapter 7 case on March 4, 2025.

2. This case has not been previously converted under 11 U.S.C. Section 1112 or Section 1307.

3. Debtors is eligible to be a debtor under Chapter 13 of the Bankruptcy Code.

WHEREFORE, debtor prays for relief under Chapter 13 of Title 11 of the United States Code.

**JEANNE MARIE CELLA & ASSOC, LLC**

BY: */s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire
Attorney for Debtors

Dated: April 29, 2025